JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITAN MUTUAL LENDING, INC., Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | Case No. 8:25-00669 ADS<br><br>JUDGMENT |

On August 3, 2026, the Court granted summary judgment in favor of Defendant. Pursuant to the Court's Order on Cross-Motions for Summary Judgment, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: August 3, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge